UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William and Sandra Metcalf,

Plaintiffs,

v.                                                   Civil No. 05-1035 (MJD/SRN)
                                                                ORDER

E.I. Du Pont de Nemours and Company

Defendant.

Daniel Q. Poretti, Douglas J. Frederick and John J. Wackman, Rider Bennett LLP, Counsel for Plaintiffs.

No appearance for Defendant.

Pursuant to the Court's inherent authority to manage its docket so as to achieve the orderly and expeditious disposition of cases, **IT IS HEREBY ORDERED** that:

Plaintiffs shall notify Defendant of the Motion for Default Judgment scheduled for March 31, 2006 within five days of this Order.

DATED:_March 20, 2006                    __s/Michael J. Davis___
                                          MICHAEL J. DAVIS
                                          United States District Court